Floyd A. SMITH, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 200, 2017

Supreme Court of Delaware.

Submitted: May 22, 2017

Decided: May 23, 2017

Court Below: Superior Court of the State of Delaware, Cr. ID No. 1209014436 (K)

DISMISSED.

■

DEWPOINT, LLC, Plaintiff Below, Appellant,

v.

CITY OF WILMINGTON, James "Ray" Rhodes, Commissioner of the Department of Licenses and Inspections, Board of License and Inspection Review, Gladys Spikes, Mamie Baynard, Jerry Velazquez and Daniel Benedetto, Defendants Below, Appellees.

No. 577, 2016

Supreme Court of Delaware.

Submitted: May 10, 2017

Decided: May 24, 2017

Court Below—Superior Court of the State of Delaware, C.A. No. N15A–12–008

AFFIRMED.

■

Alexis VALENTIN, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 53, 2017

Supreme Court of Delaware.

Submitted: May 3, 2017

Decided: May 30, 2017

Court Below: Superior Court of the State of Delaware, Cr. ID No. 1606001381(N)

AFFIRMED.